IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00913-MSK-MEH

EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation, and
EVEREST REINSURANCE COMPANY, a Delaware corporation,

    Plaintiffs,

v.

ROBERT E. SUTTON,
WK CAPITAL ADVISORS, INC.,
CENTRIX CONSOLIDATED, LLC, and
CENTRIX CAPITAL MANAGEMENT, LLC,

    Defendants,

JULIE SUTTON,

    Movant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 2, 2009.**

    After informal discussion with the parties, the Court determines Plaintiffs' Motion to Reopen and Compel the Deposition of Julie L. Sutton [filed September 29, 2009; docket #15] is **denied as moot**.